UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CINDY BRIDWELL,** | ) |
| Plaintiff | ) |
| v. | ) Civil A. No. 08-00345 (JR) |
| **SUSAN BROWNELL et al.,** | ) |
| Defendants. | ) |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby request that the Court grant them until Tuesday, March 11, 2008 to respond to Plaintiff's Application for Preliminary Injunction. Plaintiff consents to this extension and, as Defendants set forth below, good cause exists for the Court to grant this relief.

1. On February 28, 2008, Plaintiff filed her Application for A Preliminary Injunction. Specifically, plaintiff requests that this Court enjoin the Defendants from terminating her employment at SLM Trans, Inc.

2. The Court scheduled a hearing in this matter for March 19, 2008.

3. Defendants' response is currently due on March 6, 2008.

4. Defendants have been working diligently to respond to Plaintiff's Application for Preliminary Injunction, but they require a modest extension to complete their respective responses.

5. This is Defendants' first request for an extension. Plaintiff will not be prejudiced by this extension.

6. For the foregoing reasons, Defendants respectfully request that the Court grant them until March 11, 2008 to respond to Plaintiff's Application for A Preliminary Injunction.

A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/_____ | _____ |
| Hopewell H. Darneille III | JEFFREY A. TAYLOR , D.C. Bar # 498610 |
| D.C. Bar # 220608 | United States Attorney |
| Thompson Coburn LLP | |
| 1909 K Street, N.W., Ste. 600 | _____ |
| Washington, DC 20006 | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| 202-585-6934 | Assistant United States Attorney |
| hdarneille@thompsoncoburn.com | |
| | _____/s/_____ |
| *Counsel for SLM Trans, Inc.* | HARRY B. ROBACK, D.C. Bar # 485145 |
| | Assistant United States Attorney |
| | United States Attorneys Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: 202-616-5309 |
| | harry.roback@usdoj.gov |
| March 5, 2008 | *Counsel for Government Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CINDY BRIDWELL,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil A. No. 08-00345 (JR) |
| | ) | |
| **SUSAN BROWNELL et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## [PROPOSED] ORDER

Upon consideration of the consent motion to extend time for defendants to respond to plaintiff's application for preliminary injunction, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall file their respective oppositions to plaintiff's application for preliminary injunction by Tuesday, March 11, 2008.

SO ORDERED.

Date: _____                                    _____
                                                     United States District Judge