UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CINDY BRIDWELL** ) | |
| ) | Civil A. No. 08-00345 (JR) |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| **SUSAN BROWNELL, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE SUPPLEMENTAL PAPERS/AFFIDAVITS IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION**

Pursuant to FRCP 65(a) and Local Rule 65.1(c), Plaintiff, Cindy Bridwell, hereby requests leave to file supplemental papers/affidavits in further support of her Application for Preliminary Injunction. If leave is granted, Plaintiff requests that the deadline for such filing be March 17, 2008. All Defendants have consented to this Motion. In support of this Motion, Plaintiff states as follows:

During the February 28, 2008 hearing relating to Plaintiff's Application for a Temporary Restraining Order, the Court requested, among other things, further information from Plaintiff in regards to: (1) the Court's jurisdiction over this matter; (2) the due process violations committed in this matter; and (3) Plaintiff's claim of irreparable harm.

In order to provide the Court with the requested additional information on these issues, Plaintiff moves for leave to further file papers/affidavits to supplement Plaintiff's original Application for Preliminary Injunction.

A proposed order is attached.

1

Respectfully submitted,

_____/s/_____
Christopher C. S. Manning
Manning & Sossamon, PLLC
DC Bar No. 471315
1120 20th Street, NW
North Building, Suite 700
Washington, DC 20036
(202) 973-2681 (voice)
(202) 973-1212 (fax)
cmanning@manning-sossamon.com

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CINDY BRIDWELL**          ) | |
|                               ) | **Civil A. No. 08-00345 (JR)** |
|     **Plaintiff**          ) | |
|           v.          ) | |
|                               ) | |
| **SUSAN BROWNELL, et al.**          ) | |
|                               ) | |
|     Defendants.          ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Consent Motion For Leave To File Supplemental Papers/Affidavits In Support Of Application For Preliminary Injunction, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file her supplemental papers/affidavits by Monday, March 17, 2008.

SO ORDERED.

Date: _____                                              _____
                                                                                                         Honorable James Robertson

3