UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CINDY BRIDWELL )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>SUSAN BROWNELL, et al. )<br>)<br>**Defendants.** ) | Civil A. No. 08-00345 (JR) |

**PLAINTIFF'S MOTION FOR LEAVE TO PRESENT LIVE TESTIMONY AT HEARING ON APPLICATION FOR PRELIMINARY HEARING**

Pursuant to FRCP 65(a) and Local Rule 65.1(c) and (d), Plaintiff hereby requests leave to present the live testimony of Plaintiff, Cindy Bridwell, in support of her Application for Preliminary Injunction. Defendant SLM Trans, Inc. consents to this Motion. The other Defendants have stated that they do not object to this Motion. In support of this Motion, Plaintiff states as follows:

Local Rule 65.1(d) states in pertinent part:

> The practice in this jurisdiction is to decide preliminary injunction motions without live testimony where possible. Accordingly, any party who wishes to offer live testimony or cross-examine an affiant at the hearing shall so request in writing 72 hours before the hearing and shall provide the court and all other parties a list of the witnesses to be examined and an estimate of the time required. The court may decline to hear witnesses at the hearing where the need for live testimony is outweighed by considerations of undue delay, waste of time, or needless presentation of cumulative evidence. If practicable, the court shall notify all parties of its ruling on the request to adduce live testimony one business day before the hearing.

During the February 28, 2008 hearing relating to Plaintiff's Application for a Temporary Restraining Order, the Court requested, among other things, further information from Plaintiff in regards to: (1) the due process violations committed in this matter; and (2) Plaintiff's claim of irreparable harm.

1

In order to provide the Court with the additional information requested, Plaintiff will need to produce further factual testimony relating to, among other things: (1) her job title and responsibilities with all relevant mail transit companies; (2) her lack of professional relationship with and allegiance to Mr. Hal Hicks; (3) Defendant SLM Trans, Inc.'s lack of professional relationship with and allegiance to Mr. Hal Hicks; (4) the lack of procedures employed by the United States Postal Service to provide her with notice and an opportunity to be heard in relation to her debarment; (5) the importance to Defendant SLM Trans, Inc. that she remain employed by SLM Trans, Inc.; (6) her inability to continue her chosen profession in or around Sumner, Illinois if she is terminated from her current position at SLM Trans, Inc; and, (7) the damage to her professional and social reputations that would result from her excommunication by the United States Postal Service.

Plaintiff asserts that the most efficient and thorough method for the Court to receive this nuanced information would be in the form of live testimony, not an affidavit. The presentation of live testimony would allow Plaintiff to articulate her factual contentions fully, allow the Defendants to cross-examine her and allow the Court to ask her any additional questions it deems necessary.

Plaintiff asserts that her live testimony is vital to her Application and, because the duration of such testimony should not last more than 20-30 minutes, there will be no undue delay or waste of time.

WHEREFORE, Plaintiff hereby requests leave to present the live testimony of Plaintiff, Cindy Bridwell, in support of her Application for Preliminary Injunction.

A proposed order is attached.

Respectfully submitted,

_____/s/_____
Christopher C. S. Manning
Manning & Sossamon, PLLC
DC Bar No. 471315
1120 20th Street, NW
North Building, Suite 700
Washington, DC 20036
(202) 973-2681 (voice)
(202) 973-1212 (fax)
cmanning@manning-sossamon.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CINDY BRIDWELL** ) | |
| ) | **Civil A. No. 08-00345 (JR)** |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| **SUSAN BROWNELL, et al.** ) | |
| ) | |
| Defendants. ) | |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion For Leave Present Live Testimony At Hearing On Application For Preliminary Injunction, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall provide live testimony at the hearing of this matter.

SO ORDERED.

Date: _____        _____
                        Honorable James Robertson

4