IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CINDY BRIDWELL,** | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 1:08-cv-00345 |
| **SUSAN BROWNELL**, et al., | ) |
| *Defendants.* | ) |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6 of the Rules of the United States District Court for the District of Columbia, please enter the appearances of Hopewell H. Darneille III, Esq. (D.C. Bar No. 220608), Thompson Coburn LLP, 1909 K Street, N.W. - Suite 600, Washington, DC 20006, telephone number: (202) 585-6934; fax number: (202) 508-1010, e-mail: hdarneille@thompsoncoburn.com; and Timothy Sullivan, Esq. (D.C. Bar No. 224295), Thompson Coburn LLP, e-mail: tsullivan@thompsoncoburn.com, as counsel for Defendant SLM Trans, Inc.

Respectfully submitted,

/s/   Hopewell H. Darneille III
Hopewell H. Darneille III, Esq.
(D.C. Bar No. 220608)
THOMPSON COBURN LLP
1909 K. Street, N.W. - Suite 600
Washington, DC 20006-1167
(202) 585-6934 (Dir. Tel.)
(202) 585-6969 (Fax)

- 2 -

    /s/   Timothy Sullivan
Timothy Sullivan, Esq. (D.C. Bar No. 224295)
THOMPSON COBURN LLP
1909 K. Street, N.W. - Suite 600
Washington, DC   20006-1167
(202) 585-6930 (Dir. Tel.)
(202) 585-6969 (Fax)

***Attorneys for Defendant SLM Trans, Inc.***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of March, 2008, a true and correct copy of the foregoing Notice of Appearance, was mailed electronically through CM/ECF to:

> Christopher C.S. Manning, Esq.
> MANNING & SOSSAMON, PLLC
> 1120 20th Street, N.W.
> North Building, Suite 700
> Washington, DC  20036
>
> Jeffrey A. Taylor, Esq., U.S. Attorney
> Rudoph Contreras, Esq., Assistant U.S. Attorney
> Harry B. Roback, Esq., Assistant U.S. Attorney
> 555 4th Street, N.W.
> Washington, DC  20530

      /s/    Hopewell H. Darneille