UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CINDY BRIDWELL** ) | |
| ) | Civil A. No. 08-00345 (JR) |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| **SUSAN BROWNELL, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S CONSENT MOTION TO WITHDRAW APPLICATION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE**

Plaintiff, Cindy Bridwell, hereby moves the Court to withdraw *without prejudice* Plaintiff's Application for Preliminary Injunction filed on February 27, 2008 and set for a hearing on Wednesday, March 19, 2008 at 2:00pm.

Defendants have consented to this Motion and Plaintiff requests that the Court grant her leave to re-file her Application for Preliminary Injunction at a later date, as appropriate.

Plaintiff apologizes to the Court for any inconvenience but states that she has decided that pursuing the Application for Preliminary Injunction at a later date would be the most prudent course of action.

A proposed order is attached.

                                    Respectfully submitted,
                                    /s/
                                  Christopher C. S. Manning
                                  Manning & Sossamon, PLLC
                                  DC Bar No. 471315
                                  1120 20th Street, NW
                                  North Building, Suite 700
                                  Washington, DC 20036
                                  (202) 973-2681 (voice)
                                  (202) 973-1212 (fax)
                                  cmanning@manning-sossamon.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **CINDY BRIDWELL** ) | |
| ) | **Civil A. No. 08-00345 (JR)** |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| **SUSAN BROWNELL, et al.** ) | |
| ) | |
| Defendants. ) | |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Consent Motion to Withdraw Application for Preliminary Injunction Without Prejudice, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have leave to re-file her Application for Preliminary Injunction at a later date, as appropriate.

SO ORDERED.


Date: _____                    _____
                                     Honorable James Robertson