**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CINDY BRIDWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 08-0345 (JR) |
| | : | |
| SUSAN BROWNELL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Defendant's motion to dismiss was served electronically on 4/18/08.  By operation of Fed.R.Civ.P. 6(d) and LCvR 7(b), plaintiff's opposition was due on 5/12/08.  No opposition having been timely filed, it is **ORDERED** that defendant's motion to dismiss [#11] is **granted as conceded**.


                              JAMES ROBERTSON
                         United States District Judge