UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CINDY BRIDWELL**        ) | |
|                                      ) | **Civil A. No. 08-00345 (JR)** |
|      **Plaintiff**        ) | |
|            v.         ) | |
|                ) | |
| **SUSAN BROWNELL, et al.**   ) | |
|                ) | |
|      **Defendants.**     ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS AGAINST
DEFENDANT SLM TRANS, INC., WITHOUT PREJUDICE**

Plaintiff, Cindy Bridwell, hereby gives notice, pursuant to FRCP 41(a), that she dismisses her claims against Defendant SLM Trans, Inc. ("SLM"), without prejudice. Defendant SLM has not filed an Answer or other responsive pleading. Therefore, dismissal without prejudice is appropriate.

Defendant SLM has no objection to this approach, and consents to this Notice being filed and the case being dismissed against SLM without prejudice.

Respectfully submitted,
       /s/
Christopher C. S. Manning
Manning & Sossamon, PLLC
DC Bar No. 471315
1120 20th Street, NW
North Building, Suite 700
Washington, DC  20036
(202) 973-2681 (voice)
(202) 973-1212 (fax)
cmanning@manning-sossamon.com

1